UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39993 |
|---|---|
| TONY L. WYNN | (Chapter 13) |
| MELISSA C. WYNN | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 16 | CHILDRENS MEDICAL CENTER<br>%NCO FINANCIAL SYSTEMS<br>2970 PRESIDENTIAL DR SUITE 240<br>FAIRBORN, OH  45324 | 39.09 |
| 15/ 30 | UNITED COLLECTION BUREAU<br>UCB INC 5620 SOUTHWYCK BLVD<br>SUITE 206 BOX 140190<br>TOLEDO, OH  43614 | 18.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

　　　　　　　　　　　　　　　　　　　　Certificate of Service　　　　　　　　　04-39993

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TONY L. WYNN
MELISSA C. WYNN
219 CEDAR DRIVE
WEST MILTON, OH  45383

G TIMOTHY DEARFIELD
8080 BECKETT CENTER DR
SUITE 217
WEST CHESTER, OH  45069

(34.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(38.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(36.1n)
CHASE AUTO FINANCE
201 N CENTRAL AVE
PHOENIX, AZ  85004

(16.1)
CHILDRENS MEDICAL CENTER
%NCO FINANCIAL SYSTEMS
2970 PRESIDENTIAL DR SUITE 240
FAIRBORN, OH  45324

(41.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(39.1n)
NEW FALLS CORPORATION
100 NORTH CENTER ST
NEWTON FALLS, OH  44444

(40.1n)
RESURGENT ACQUISITION
ATTN:ELECTRONIC VOUCHERS
BOX 10587
GREENVILLE, SC  29603

(40.3n)
SHERMAN ACQUISITION LP
BOX 10587
GREENVILLE, SC  29603

(30.1)
UNITED COLLECTION BUREAU
UCB INC 5620 SOUTHWYCK BLVD
SUITE 206 BOX 140190
TOLEDO, OH  43614

　　　　　　　Jeffrey M. Kellner BY　　　___/s/ Jeffrey M. Kellner_____　sv